IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:16-CR-3105 |
| vs. | FINAL ORDER OF FORFEITURE |
| JESUS BUENO-HERNANDEZ et al., | |
| Defendants. | |

This matter is before the Court on the plaintiff's Motion for Final Order of Forfeiture (filing 159). On August 29, 2017, the Court entered an Amended Preliminary Order of Forfeiture (filing 144) pursuant to 21 U.S.C. § 853, based on Jesus Bueno-Hernandez' and Alejandro Heras-Real's pleas of guilty to conspiring to distribute and possess with intent to distribute a mixture or substance containing methamphetamine, in violation of 21 U.S.C. § 841; Karla Marrufo's plea of guilty to conspiring to distribute and possess with intent to distribute a mixture or substance containing methamphetamine, in violation of 21 U.S.C. § 841, and money laundering, in violation of 18 U.S.C. § 1956; and the defendants' admissions of the forfeiture allegations brought against them. Filing 67 at 1; filing 71 at 6-7; filing 101 at 1; filing 105 at 27; filing 114 at 1; filing 130 at 30-31. By way of the amended preliminary order of forfeiture, the defendant's interest in $18,312.11 and $4,050.30 in United States currency was forfeited to the United States. Filing 144.

As directed by the order, a Notice of Criminal Forfeiture was posted beginning on August 30, 2017, on an official Internet government forfeiture site, www.forfeiture.gov, for at least 30 consecutive days, as required by Supp. Admiralty and Maritime Claims R. G(4)(a)(iii)(B). A Declaration of

Publication (filing 158) was filed on November 1, 2017. The Court has been advised by the plaintiff that no petitions have been filed, and from a review of the Court file, the Court finds no petitions have been filed.

IT IS ORDERED:

1. The plaintiff's Motion for Final Order of Forfeiture (filing 159) is granted.

2. All right, title, and interest in and to the $18,312.11 and $4,050.30 in United States currency held by any person or entity are forever barred and foreclosed.

3. The currency is forfeited to the plaintiff.

4. The plaintiff is directed to dispose of the currency in accordance with law.

Dated this 1st day of November, 2017.

BY THE COURT:

John M. Gerrard
United States District Judge